# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>vs.<br><br>RONALD J. HOLMES,<br><br>Defendant(s). | Case # 2:13-CR-192-LRH-GWF-1<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $200.00 |

Michael L. Lipman, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of Duane Morris LLP
(firm name)

with offices at 750 B Street, Suite 2900
(street address)

San Diego                              CA                              92101-4681
(city)                                (state)                         (zip code)

(619) 744-2209          MLLipman@duanemorris.com
(area code + telephone number)     (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Ronald J. Holmes                              to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 12/11
DM1\3917929.1

3. That since <u>December 18, 1975</u>, Petitioner has been and presently is a
                    (date)
member in good standing of the bar of the highest Court of the State of <u>California</u>
                                                                          (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. District Court, Southern District of NY | Approx. 1972 | |
| U.S. Court of Appeals for the Ninth Circuit | Approx. 1976 | 66605 |
| U.S. District Court, Southern District of CA | 04/20/1976 | 66605 |
| U.S. District Court, Northern District of CA | Approx. 1988 | 66605 |
| U.S. District Court, Central District of CA | Approx. 1985 | 66605 |
| U.S. District Court, Eastern District of CA | Approx. 1988 | 66605 |
| California State Courts | Dec. 1975 | 66605 |
| New York State Courts | December 1971 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

Not applicable.

2

Rev. 12/11

6.    That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

Not applicable.

7.    That Petitioner is a member of good standing in the following Bar Associations:

American Bar Association, San Diego County Bar Association.

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| Not applicable. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 12/11

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature
Michael L. Lipman

STATE OF  CALIFORNIA  )
                      )
COUNTY OF  SAN DIEGO  )

   Michael L. Lipman   , Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature
Michael L. Lipman

Subscribed and sworn to before me this
22 day of July, 2013.

_____
Notary Public
C.J. Tjossem

C. J. TJOSSEM
COMM. #1907365
NOTARY PUBLIC • CALIFORNIA
SAN DIEGO COUNTY
Commission Expires Nov 5, 2014

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate  Ryan Loosvelt
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

Duane Morris LLP, 100 North City Parkway, Suite 1560
(street address)

Las Vegas                Nevada                  89106
(city)                   (state)                 (zip code)

702 868 2600             rloosvelt@duanemorris.com
(area code + telephone number)   (Email address)

4

Rev. 12/11

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) <u>Ryan Loosvelt</u> as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)
Ronald J. Holmes

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature
Ryan Loosvelt
8550                        rloosvelt@duanemorris.com
Bar number                  Email address

APPROVED:
DATED this 19th day of August, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

5

Rev. 12/11



# Supreme Court of California

FRANK A. McGUIRE
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *MICHAEL LESTER LIPMAN*

*I, FRANK A. McGUIRE, Clerk of the Supreme Court of the State of California, do hereby certify that MICHAEL LESTER LIPMAN, #66605, was on the 18th day of December 1975 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 13th day of June 2013.*

FRANK A. McGUIRE
*Clerk of the Supreme Court*

By: _____
C. Cahoon, Deputy Clerk

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## MICHAEL L. LIPMAN

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **December 23, 1971**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

June 24, 2013

_____
Clerk of the Court

4932