**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:13-CR-192-LRH-(GWF) |
| ) | |
| RONALD J. HOLMES, ) | |
| ) | |
| Defendant. ) | |

**ORDER OF FORFEITURE**

On December 12, 2013, defendant RONALD J. HOLMES pled guilty to Count One of a Three-Count Criminal Indictment charging him with Conspiracy to Commit Mail Fraud, Wire Fraud, and Bank Fraud in violation of Title 18, United States Code, Sections 1341, 1343, 1344, and 1349 and agreed to the forfeiture of an in personam criminal forfeiture money judgment of $100,000 in United States Currency as set forth in the Plea Memorandum and the Forfeiture Allegations in the Criminal Indictment. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 35; Plea Memorandum, ECF No. 36.

This Court finds that RONALD J. HOLMES shall pay a criminal forfeiture money judgment of $100,000 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

. . .

1 | THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from RONALD J. HOLMES a criminal forfeiture money judgment in the amount of $100,000 in United States Currency.

DATED this ___ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Mary Stolz, Forfeiture Support Associates Clerk, certify that the following individuals were served with copies of the Order of Forfeiture on December 18, 2013, by the below identified method of service:

<u>Electronic Filing</u>

Barbara Howe Murray
Duane Morris LLP
750 B Street, Ste. 2900
San Diego, CA 82101
bhmurray@duanemorris.com
Counsel for Ronald J. Holmes

/s/ Mary M. Stolz
Mary M. Stolz
Forfeiture Support Associates Clerk