UNITED STATES DISTRICT COURT
District of Nevada

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>Ronald HOLMES )<br>Defendant ) | Case No. 2:13-cr-00192-LRH-GWF-1<br>**ORDER REGARDING**<br>PETITION FOR ACTION<br>ON CONDITIONS OF<br><u>PRETRIAL RELEASE</u> |

Attached hereto and expressly incorporated herein is a Modification Request for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by Jaime Stroup, Pretrial Services Officer. I have reviewed the Modification Request and concur in the recommended action requested of the Court.

Dated this 2nd day of January, 2014.

DANIEL G. BOGDEN
United States Attorney

By  /S/
    DANIEL SCHIESS
    Assistant U. S. Attorney

PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. Ronald HOLMES                                   Docket No. 2:13-cr-00192-LRH-GWF-1

Petition for Action on Conditions of Pretrial Release

COMES NOW Jaime Stroup, UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Ronald HOLMES, who was placed under pretrial release supervision by the Honorable George W. Foley, Jr. in the Court at Las Vegas, Nevada on May 30, 2013, on a Personal Recognizance Bond, with the following conditions:

1. Pretrial Services Supervision.
2. Maintain or actively seek employment and notify Pretrial Services prior to any change. Defendant may coach as employment.
3. Surrender passport to Pretrial Services.
4. Obtain no passport or travel documents.
5. Travel restricted to Clark County, Nevada.
6. The defendant shall be monitored by the form of location monitoring indicated below and shall abide by all technology requirements. The participant shall pay all or part of the costs of participation in the location monitoring program as directed by the court and/or the pretrial services officer:

    – Passive Global Positioning Satellite (GPS) monitoring

    This form of location monitoring technology shall be utilized to monitor the following restriction on the defendant's movement in the community as well as other court imposed conditions of release:

    – **HOME DETENTION.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations, or other activities pre-approved by Pretrial Services.

7. Use true name only.
8. Do not use any identifiers, access devices, or accounts unless under your true name.
9. Do not obtain any new lines of credit or loans.
10. Maintain current residence and do not move without prior approval of Pretrial Services.
11. Defendant may not use computers to engage in financial transactions or businesses involving mortgage/real estate.

Respectfully presenting petition for action of Court and for cause as follows:

The defendant has successfully complied with all terms and conditions of release as set forth by the Court, specifically his location monitoring condition and he continues to report to Pretrial Services as directed.

PRAYING THAT THE COURT WILL ORDER THAT THE DEFENDANT'S CONDITIONS OF RELEASE BE MODIFIED TO REMOVE HIS LOCATION MONITORING CONDITION UNDER HOME DETENTION. ALL OTHER CONDITIONS WILL REMAIN AS ORDERED.

| ORDER OF COURT | I declare under penalty of perjury that the information herein is true and correct. |
|---|---|
| Considered and ordered this 2nd day of January, 2014 and ordered filed and made a part of the records in the above case. | Executed on this 2nd day of January, 2014. |
| | Respectfully Submitted, |
| _[signature]_ | _[signature]_ Jaime B Stroup 2014.01.02 14:40:12 -08'00' |
| Honorable Larry R. Hicks U.S. District Judge | Jaime Stroup United States Pretrial Services Officer Place: Las Vegas, Nevada |