

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:13-CR-192-LRH-(GWF) |
| ) | |
| RONALD J. HOLMES, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF FORFEITURE

This Court found on December 19, 2013, that RONALD J. HOLMES shall pay the criminal forfeiture money judgment of $100,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 35; Plea Memorandum, ECF No. 36; Order of Forfeiture, ECF No. 40.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from RONALD J. HOLMES the criminal forfeiture money judgment in the amount of $100,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18,

. . .

. . .

. . .

. . .

1  United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18,
2  United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

*Restitution shall be satisfied first. JH*

3  DATED this 31 day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE