UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>RONALD J. HOLMES,<br><br>Defendant. | 2:13-CR-192-LRH-GWF<br><br>MINUTE ORDER<br><br>April 22, 2014 |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING        REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):       NONE APPEARING

COUNSEL FOR DEFENDANT(S):       NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

 Before the court is United States of America's Motion to Correct Clerical Error, Oversight, or Omission for Failing to attach the Order of Forfeiture to a Judgment [#52].  Good cause appearing,

 IT IS ORDERED that the motion is GRANTED.  The judgment shall be amended accordingly attaching the Order of Forfeiture, [#51] filed on March 31, 2014.

 IT IS SO ORDERED.

                              LANCE S. WILSON, CLERK

                              By:      /s/ D. Negrete
                                        Deputy Clerk