UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LAS VEGAS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:13-CR-00192-LRH-EJY |
| ) | |
| Plaintiff, ) | |
| ) | FINDINGS OF FACT AND |
| v. ) | CONCLUSIONS OF LAW |
| ) | |
| RONALD HOLMES, ) | |
| ) | |
| ) | (First Request) |
| Defendant. ) | |
| _____ ) | |

FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Pursuant to the Court's Minute Order, Docket 67 and the Joint Status Report, the parties have agreed to continue the Revocation Hearing for 60 days.

**ORDER**

**IT IS ORDERED** that the **REVOCATION HEARING** currently scheduled for July 16, 2020, at the hour of 12:00 p.m., be vacated and continued to Wednesday, October 7, 2020, at 3:15 p.m., before District Judge Hicks, in a Las Vegas courtroom to be determined.

DATED this 29th day of June, 2020.

_____
U.S. DISTRICT JUDGE