UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD HOLMES,<br><br>Defendant. | Case No. 2:13-cr-00192-LRH-EJY<br><br>**ORDER** |

Before the Court is Defendant's Motion for Leave to File Under Seal (ECF No. 74). The Motion seeks to seal Defendant's personal medical records submitted in preparation for an upcoming revocation hearing. The Court finds that, pursuant to the standard established by *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006) and Fed. R. Civ. P. 26(c)(1), good cause exists to seal these records.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion for Leave to File Under Seal (ECF No. 74) is GRANTED.

Dated this 6th day of October, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1